*Exhibit "C"*

**MIJ Ledger**

| | | Late Interest: | 12.00% |
| | | Late Fee: | 5.00% |
| | | As Of: | 2/22/2021 |

| (Originally Scheduled) | Date | Event | Amount |
|---|---|---|---|
| March | 9/1/2020 | Rent Payable | $ 208,333.33 |
| | 9/1/2020 | Rent Abatement | $ (208,333.33) |
| April | 10/1/2020 | Rent Payable | $ 208,333.33 |
| | 10/1/2020 | Rent Abatement | $ (75,000.00) |
| | 10/6/2020 | Late Fee | $ 6,666.67 |
| | 10/11/2020 | Late Interest Accrued | $ 5,873.97 |
| May | 11/1/2020 | Rent Payable | $ 208,333.33 |
| | 11/1/2020 | Rent Abatement | $ (208,333.33) |
| June | 12/1/2020 | Rent Payable | $ 208,333.33 |
| | 12/6/2020 | Late Fee | $ 10,416.67 |
| | 12/11/2020 | Late Interest Accrued | $ 5,000.00 |
| July | 1/1/2021 | Rent Payable | $ 208,333.33 |
| | 1/6/2021 | Late Fee | $ 10,416.67 |
| | 1/11/2021 | Late Interest Accrued | $ 2,876.71 |
| August | 2/1/2021 | Rent Payable | $ 208,333.33 |
| | 2/6/2021 | Late Fee | $ 10,416.67 |
| | 2/11/2021 | Late Interest Accrued | $ 753.42 |
| **Total Balance:** | | | **$ 810,754.10** |